MAY 5, 1972

No. A–1106. GEORGIA ET AL. *v.* UNITED STATES. D. C. N. D. Ga. Application of the United States to vacate stay order of this Court heretofore granted on April 21, 1972 [*ante,* p. 901], denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE STEWART are of the opinion that the application should be granted.

No. A–1116. ESSEX, SUPERINTENDENT OF PUBLIC SCHOOLS OF OHIO, ET AL. *v.* WOLMAN ET AL. D. C. S. D. Ohio. Application for stay of order of the United States District Court for the Southern District of Ohio, Civ. No. 71–396, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST are of the opinion that the application should be granted.

No. A–1121. LUROS ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

MAY 8, 1972

No. 70–5005. TERRY *v.* CALIFORNIA. Sup. Ct. Cal. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 12, 1972